## 63593. SMITH v. VULCAN MATERIALS COMPANY.

BIRDSONG, Judge.

This appeal is dismissed as improvidently granted.

*Appeal dismissed. McMurray, P. J., and Banke, J., concur.*

DECIDED MAY 19, 1982.

*Thomas F. Brown II,* for appellant.
*Richard W. Best,* for appellee.